UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HUB FOLDING BOX COMPANY, INC.,

Plaintiff,

v.

CHARLES JACQUIN ET CIE, INC.,

Defendant.

05-11002 PBS

CIVIL ACTION NO. _____

### DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3, Defendant Charles Jacquin Et Cie, Inc. ("Defendant") hereby submits this corporate disclosure statement and states that: Defendant is a company organized under the laws of the Commonwealth of Pennsylvania. Defendant has a parent corporation, Chatam International, Inc. (which is a Delaware Corporation), and does not have any shareholders that are publicly held companies that own 10% or more of any of its stock.

Respectfully submitted,

DEFENDANT
CHARLES JACQUIN ET CIE, INC.,

By its attorneys,

_____
Leigh-Ann M. Patterson Durant, BBO No. 561901
Juan Alexander Concepción, BBO No. 658908
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
(617) 345-1000

Dated: May 16, 2005

BOS1492774.1

## CERTIFICATE OF SERVICE

    I hereby certify that I have this day served a copy of the foregoing document, by regular mail to Laurence M. Johnson, Esq., David Malm & D'Agostine, P.C., One Boston Place, Boston, Massachusetts 02108.

*Leigh-Ann Durant*
_____
Leigh-Ann M. Patterson Durant