# Commonwealth of Massachusetts
## County of Bristol
## The Superior Court

CIVIL DOCKET#: BRCV2005-00389-C

RE:   Hub Folding Box Company, Inc. v Charles Jacquin Et Cie, Inc.

TO:   File Copy

## NOTICE OF DOCKET ENTRY

You are hereby notified that on **05/18/2005** the following entry was made on the above referenced docket:

**Notice for Removal to the United States District Court filed by Charles Jacquin Et Cie, Inc.**

Dated at Taunton, Massachusetts this 18th day of May, 2005.

Marc J. Santos,
Clerk of the Courts

Telephone: (508) 823-6588

**Disabled individuals who need handicap accommodations should contact the Administrative Office of the Superior Court at (617) 788-8130**

cvdgeneric_2.wpd 454827 notusdc lagejess