MAS-20041213
aguiarka

**Commonwealth of Massachusetts**
**BRISTOL SUPERIOR COURT**
**Case Summary**
**Civil Docket**

06/06/2005
02:55 PM



**BRCV2005-00389**
**Hub Folding Box Company, Inc. v Charles Jacquin Et Cie, Inc.**

| | | | | | | |
|---|---|---|---|---|---|---|
| **File Date** | 04/14/2005 | **Status** | Disposed: transfered to other court (dtrans) | | | |
| **Status Date** | 06/06/2005 | **Session** | C - CtRm Main - (Taunton) | | | |
| **Origin** | 1 | **Case Type** | A99 - Misc contract | | | |
| **Lead Case** | | **Track** | F | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Service** | 07/13/2005 | **Answer** | 09/11/2005 | **Rule12/19/20** | 09/11/2005 |
| **Rule 15** | 09/11/2005 | **Discovery** | 02/08/2006 | **Rule 56** | 03/10/2006 |
| **Final PTC** | 04/09/2006 | **Disposition** | 06/08/2006 | **Jury Trial** | Yes |

**PARTIES**

**Plaintiff**
Hub Folding Box Company, Inc.
Active 04/14/2005

**Private Counsel 308960**
John T Lynch
Davis Malm & D'Agostine
1 Boston Place
Boston, MA 02108
Phone: 617-367-2500
Fax: 617-523-6215
Active 04/14/2005 Notify

**Defendant**
Charles Jacquin Et Cie, Inc.
2633 Trenton Avenue
Philadelphia, PA 09125
Service pending 04/14/2005

**Private Counsel 561901**
Leigh-Ann Patterson
Nixon Peabody
100 Summer Street
Boston, MA 02110-2131
Phone: 617-345-1258
Fax: 617-345-1300
Active 06/06/2005 Notify

**Private Counsel 658908**
Juan Alexander Concepcion
Nixon Peabody
100 Summer Street
Boston, MA 02110-2131
Phone: 617-345-1000
Fax: 617-345-1300
Active 06/06/2005 Notify

**Other interested party**
FILE COPY
Active 04/14/2005 Notify

**ENTRIES**

| Date | Paper | Text |
|---|---|---|
| 04/14/2005 | 1.0 | Complaint & civil action cover sheet filed |
| 04/14/2005 | | Origin 1, Type A99, Track F. |

MAS-20041213

aguiarka

**Commonwealth of Massachusetts**
**BRISTOL SUPERIOR COURT**
**Case Summary**
**Civil Docket**

06/06/2005
02:55 PM

## BRCV2005-00389
### Hub Folding Box Company, Inc. v Charles Jacquin Et Cie, Inc.

| Date | Paper | Text |
|------|-------|------|
| 04/14/2005 | | Notice of 93A complaint sent to Attorney General |
| 05/18/2005 | 2.0 | Notice for Removal to the United States District Court filed by |
| | | Charles Jacquin Et Cie, Inc. |
| 06/06/2005 | | Case REMOVED this date to US District Court of Massachusetts with |
| | | (05cv11002PBS) endorsement thereon |

**EVENTS**

| Date | Session | Event | Result |
|------|---------|-------|--------|
| 04/14/2005 | CtRm Main - (Taunton) | Status: by clerk | Event held as scheduled |
| | | One Trial Review | |

A True Copy By Photostatic Process
Attest:

**Asst. Clerk of Courts**