UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Hub Folding Box Company, Inc.**
        Plaintiff,

CIVIL ACTION
NO.  05-11002-PBS

   v.

**Charles Jacquin Et Cie, Inc.**
        Defendant.

### NOTICE OF RESCHEDULED SCHEDULING CONFERENCE

SARIS, U.S.D.J.                                                                                    July 11, 2005

     At the request of counsel, the Scheduling Conference previously scheduled for July 12, 2005 , has been **rescheduled** to **July 26, 2005, at 4:00 p.m.**

                                                         By the Court,

                                                         _./s/ Robert C. Alba_
                                                         Deputy Clerk

Copies to:  All Counsel

resched.ntc