UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 05-CV-11002-PBS

HUB FOLDING BOX COMPANY, INC. )
    Plaintiff, )
)
v. )
)
CHARLES JACQUIN ET CIE, INC., )
    Defendant. )
)

### JOINT STATEMENT PURSUANT TO LOCAL RULE 16.1(D)

Pursuant to Local Rule 16.1(D), the parties, by their undersigned counsel, hereby set forth their Joint Statement, including their respective proposed schedules for the conduct of discovery and the filing of motions.

**A.   PROPOSED DISCOVERY PLAN**

The parties have conferred, as required by Fed.R.Civ.P. 26(f) and Local Rule 16.1(b) and, except where otherwise indicated, are in agreement on the following proposed discovery plan:

   1.   Written Discovery

      Plaintiff and Defendant propose the following written discovery schedule:

        a. Initial written discovery served by October 1, 2005.
        b. Initial written discovery responded to by November 15, 2005.
        c. Any follow-up written discovery served by November 30, 2005
        d. Any follow-up written discovery responded to by December 31, 2005

   2.   Fact Witness Depositions

      The parties propose the following schedule for fact witness depositions:

        a. Completed by March 1, 2006

3. <u>Expert Witness Discovery</u>

The parties propose the following schedule for expert witness discovery:

a. Simultaneous exchange of expert disclosures pursuant to Fed.R.Civ.P. 26(a)(2) on or before April 1, 2006.

b. Simultaneous exchange of any expert rebuttals on or before May 1, 2006.

c. Depositions of all experts to be conducted on or before May 15, 2006.

4. <u>Automatic Disclosures</u>

Pursuant to Local Rule 26.2(A), the parties are in the process of exchanging their Automatic Disclosure Statements.

**B.   PROPOSED SCHEDULE FOR THE FILING OF MOTIONS**

The parties propose the following schedule for the filing of motions:

1. Dispositive motions, including motions for summary judgment, filed and served on or before June 1, 2006, and opposition to any such motion to be filed and served on or before July 1, 2006.

**C.   PROPOSED TRIAL DATES**

The parties have conferred and are in agreement on the following proposed pre-trial and trial dates.

1. Target date for final pre-trial conference:   September 1, 2006.

2. Target trial date: any time after September 15, 2006, at the court's convenience.

**D.   CERTIFICATIONS**

The certifications of Plaintiff and Defendants as required by Local Rule 16.1(D)(3) will be filed under separate cover by the respective parties.

The parties are presently exploring the possibility of using alternative dispute resolution programs and will advise the Court of their decision at the Scheduling Conference.

E.  **TRIAL BY MAGISTRATE JUDGE**

The parties do not consent to a trial by a Magistrate Judge.

F.  **SETTLEMENT PROPOSAL**

Plaintiff has served a written settlement proposal on Defendants, as required by Local Rule 16.1(C).

G.  **PROPOSED AGENDA FOR SCHEDULING CONFERENCE**

1.  Review of proposed discovery and motion schedule.

Respectfully Submitted,
Plaintiff,
HUB FOLDING BOX CO., INC.
By its attorneys,

_____
Laurence M. Johnson, BBO # 252720
John T. Lynch, BBO #308960
DAVIS, MALM & D'AGOSTINE, P.C.
One Boston Place
Boston, MA 02108
(617) 367-2500

Dated: July 22, 2005

Respectfully Submitted,
Defendant,
CHARLES JACQUIN ET CIE, INC.,
By its attorneys,

_____
Leigh-Ann Patterson Durant, BBO No. 561901
Jennifer H. Yen, BBO No. 650594
Juan A. Concepción, BBO No. 658908
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
(617) 345-1000