UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 05-CV-11002-PBS

| | |
|---|---|
| HUB FOLDING BOX COMPANY, INC.<br>    Plaintiff,<br><br>v.<br><br>CHARLES JACQUIN ET CIE, INC.,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT CHARLES JACQUIN ET CIE, INC.'S
CERTIFICATIONS PURSUANT TO LOCAL RULE 16.1(D)(3)**

Pursuant to Local Rule 16.1(D)(3), Defendant Charles Jacquin et Cie, Inc. ("Defendant") and its counsel hereby certify to the Court that they have conferred with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

**DEFENDANT
CHARLES JACQUIN ET CIE, INC.,**

By its attorneys,

_____
Leigh-Ann Patterson Durant (BBO No. 561901)
Jennifer H. Yen (BBO No. 650594)
Juan A. Concepción (BBO No. 658908)
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
(617) 345-1000

Dated: July 22, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of *Defendant Charles Jacquin et Cie, Inc.'s Certifications Pursuant to Local Rule 16.1(D)(3)* was served via First Class Mail and fax on the 22nd day of July, 2005, on the following:

Laurence M. Johnson, Esq., counsel for Plaintiff
Davis, Malm & D'Agostine, P.C.
One Boston Place
Boston, MA 02108

_____
Juan Alexander Concepción