UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HUB FOLDING BOX COMPANY, INC.<br>PLAINTIFF,<br><br>- vs.-<br><br>CHARLES JACQUIN ET CIE, INC.,<br>DEFENDANT. | CIVIL ACTION NO. 05-CV-11002-PBS |

### PLAINTIFFS' LOCAL RULE 16.1(D)(3) CERTIFICATION

Pursuant to Local Rule 16.1(D)(3), Plaintiff Hub Folding Box, Inc ("Plaintiff") and its counsel hereby certify to the Court that they have conferred with a view to establishing a budget for the costs of conducting the full course, and various alternative courses, of the litigation, and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule16.4.

Respectfully submitted,

HUB FOLDING BOX, INC.
By its attorney,

_____
Laurence M. Johnson (BBO # 252720)
Davis, Malm & D'Agostine, P.C.
One Boston Place
Boston, MA 02108
(617) 367-2500

*Dated: July 22, 2005*

### CERTIFICATE OF SERVICE

I, Laurence M. Johnson, Esquire, do hereby certify that I have this 22nd day of July 2005 served a true copy of the above document via facsimile and first class mail, postage prepaid to Leigh-Ann Patterson Durant, Nixon Peabody, LLP, 100 Summer Street, Boston, MA 02110.

_____
*Laurence M. Johnson*

374546v.1