UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO:  05-CV-11002-PBS

| | |
|---|---|
| HUB FOLDING BOX COMPANY, INC.<br>        Plaintiff, | )<br>)<br>)<br>) |
| v. | )<br>) |
| CHARLES JACQUIN ET CIE, INC.,<br>        Defendant. | )<br>)<br>) |

## JOINT PROPOSAL WITH REGARD TO DISCOVERY AND ALTERNATIVE DISPUTE RESOLUTION HEARING

The parties, by their undersigned counsel, hereby respectfully move the Court to set the following deadlines with regard to the Defendants' Counterclaims:

    a.   Identification of Defendant's expert witness(es) and expert report(s) on the Counterclaims on or before December 7, 2005;

    b.   Identification of Plaintiff's expert witness(es) and expert report(s) on the Counterclaims on or before January 30, 2006; and

    c.   Schedule the Alternative Dispute Resolution Hearing for any date February 13, 2006, or after.

As grounds therefore, the parties state that the original scheduling order did not contemplate the filing of the Counterclaims and that the re-scheduling of the January 17, 2006, Alternative Dispute Resolution Hearing to February 13, 2006, or after, would allow the parties to adequately and properly review and respond to the expert reports.

Respectfully Submitted,
Plaintiff,
HUB FOLDING BOX CO., INC.
By its attorneys,

*Laurence Johnson* (J.x.)

Laurence M. Johnson, BBO # 252720
John T. Lynch, BBO #308960
DAVIS, MALM & D'AGOSTINE, P.C.
One Boston Place
Boston, MA 02108
(617) 367-2500


Dated: November 18, 2005

Respectfully Submitted,
Defendant,
CHARLES JACQUIN ET CIE, INC.,
By its attorneys,

*Jennifer Yen*

Joseph J. Leghorn, BBO No. 292440
Leigh-Ann Patterson Durant, BBO No. 561901
Jennifer H. Yen, BBO No. 650594
Juan A. Concepcion, BBO No. 658908
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
(617) 345-1000

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was
served upon the attorney of record for each other party
by mail (by hand) on  11-18-2005  .