UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO:  05-CV-11002-PBS

|  |  |
|---|---|
| HUB FOLDING BOX COMPANY, INC.<br>       Plaintiff, | ) |
|  | ) |
|  | ) |
|  | ) |
| v. | ) |
|  | ) |
| CHARLES JACQUIN ET CIE, INC.,<br>       Defendant. | ) |
|  | ) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK:

Please withdraw the appearance of Jennifer H. Yen as attorney of record for Defendant in

the above-captioned matter.

Respectfully Submitted,

*Jennifer H. Yen*

Jennifer H. Yen, BBO No. 650594
Juan A. Concepcion, BBO No. 658908
NIXON PEABODY LLP
100 Summer Street
Boston, MA 02110
(617) 345-1000

Dated:  12/5/2005

BOS1546545.1