UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Hub Folding Box Company, Inc.**
        Plaintiff,                      CIVIL ACTION
                                               NO.   05-11002-PBS

    v.

**Charles Jacquin Et Cie, Inc.**
        Defendant.

## NOTICE OF RESCHEDULED STATUS CONFERENCE

SARIS, U.S.D.J.                                                                  January 9, 2006

      The Status Conference previously scheduled for January 25, 2006, has been **rescheduled** to **February 14, 2006, at 4:00 p.m.**

                                                                  By the Court,

                                                                  _/s/ Robert C. Alba__
                                                                  Deputy Clerk

Copies to:  All Counsel

resched.ntc