UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO: 05-CV-11002-PBS

| | |
|---|---|
| HUB FOLDING BOX COMPANY, INC.<br>Plaintiff, | )<br>)<br>)<br>) |
| v. | )<br>) |
| CHARLES JACQUIN ET CIE, INC.,<br>Defendant. | )<br>)<br>)<br>) |

## JOINT MOTION FOR LEAVE TO RESCHEDULE THE DATES OF MEDIATION CONFERENCE AND STATUS CONFERENCE AND SCHEDULING DEADLINES

The parties, by their undersigned counsel, hereby respectfully jointly move this Court for leave to reschedule the following:

a. Schedule the identification of Plaintiff's expert witness(es) and expert report(s), currently set for January 30, 2006, to a new date of February 7, 2006;

b. Schedule the deadline for completion of all discovery requests and depositions, currently set for February 8, 2006, to a new date of April 28, 2006;

c. Schedule the Mediation Conference before Judge Dein, currently set for February 13, 2006, to a new date of February 27, 2006;

d. Schedule the Status Conference before Judge Saris, currently set for February 14, 2006, to a new date of February 28, 2006; and

e. Schedule the current deadline for all summary judgment motions to be served and heard by March 10, 2006, to a new date by May 29, 2006.

As grounds for this motion, the parties jointly state as follows:

1. On Monday, January 30, 2006, plaintiff's counsel began trial in federal court before Judge Young on a separate case.

BOS1563562.1

2.  During the days leading up to the trial before Judge Young, plaintiff's counsel had become absorbed with trial preparation and was therefore unable to move the process along in this case as expected.

3.  On Friday, January 27, 2006, plaintiff's counsel informed defense counsel that, due to his trial obligations on that case, he would not be able to identify his client's expert witness or submit its expert report to defendant by January 30, 2006, as scheduled by this Court.

4.  Although plaintiff's counsel's case before Judge Young has now been settled, plaintiff's counsel will still require additional time to work on immediate matters in this case.

5.  Thus, plaintiff's counsel has requested more time to submit the expert report by February 7, 2006.

6.  Unfortunately, this later submission of plaintiff's expert's report would mean defense counsel would have just one day to review the expert report with its own expert before it had to submit its mediation statement to Judge Dein on February 8, 2006.

7.  Additionally, without changing the scheduling order, plaintiff's later submission would not give defense counsel a fair and meaningful opportunity to review the expert's report and make a full assessment of its impact on the case before mediation and other litigation events.

8.  Therefore, the parties have agreed that a two-week continuance for the mediation conference and the status conference would be appropriate.

9.  In addition, the parties have agreed that a continuance of the other scheduling deadlines, as listed above, would also be appropriate at this time.

BOS1563562.1

10. None of the parties will be prejudiced by the requested rescheduling of dates.

WHEREFORE, the parties jointly request that, in the interest of justice, this Court grant leave to reschedule the dates of the events listed above.

| | |
|---|---|
| Respectfully Submitted,<br>Plaintiff,<br>HUB FOLDING BOX CO., INC.<br>By its attorneys, | Respectfully Submitted,<br>Defendant,<br>CHARLES JACQUIN ET CIE, INC.,<br>By its attorneys, |
| /s/ Laurence M. Johnson | /s/ Juan Alexander Concepción |
| Laurence M. Johnson, BBO # 252720<br>John T. Lynch, BBO #308960<br>DAVIS, MALM & D'AGOSTINE, P.C.<br>One Boston Place<br>Boston, MA 02108<br>(617) 367-2500<br>Dated: January 31, 2006 | Leigh-Ann Patterson Durant, BBO #561901<br>Juan Alexander Concepción, BBO #658908<br>NIXON PEABODY LLP<br>100 Summer Street<br>Boston, MA 02110<br>(617) 345-1000 |

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I certify that the provisions of Local Rule 7.1(A)(2) have been complied with and that I have conferred with Plaintiff's counsel in good faith to resolve and narrow the issues raised in the *Joint Motion to Reschedule The Dates For Mediation Conference and Status Conference and Discovery Deadlines*. As a result of that conference, all parties have joined in this motion.

/s/ Juan Alexander Concepción
_____
Juan Alexander Concepción

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 31, 2006.

/s/ Juan Alexander Concepción
_____
Juan Alexander Concepción

BOS1563562.1