UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Hub Folding Box Co., Inc.
        Plaintiff,                      CIVIL ACTION
                                          NO. 05-11002-PBS
    v.

Charles Jacquin Et Cie, Inc.
        Defendant.

## NOTICE OF RESCHEDULED STATUS CONFERENCE

SARIS, U.S.D.J.                                                                 March 20, 2006

      The Status Conference previously scheduled for March 23, 2006, has been **rescheduled** to **March 27, 2006, at 4:00 p.m.**

                                                                         By the Court,

                                                                        /s/ Robert C. Alba
                                                                        Deputy Clerk

Copies to: All Counsel

resched.ntc