UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| HUB FOLDING BOX CO., INC., | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| v. | ) | NO.  05-11002-PBS |
| | ) | |
| CHARLES JACQUIN ET CIE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE SARIS

[    ]    The above-entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ X ]    On __March 22, 2006__, I held the following ADR proceeding:

       _____  SCREENING CONFERENCE        _____  EARLY NEUTRAL EVALUATION

       __X__  MEDIATION        _____  SUMMARY BENCH/JURY TRIAL

       _____  MINI-TRIAL        _____  SETTLEMENT CONFERENCE

All parties were represented by counsel, and were present in person or by authorized corporate officer.

The case was:

[    ]    Settled.  Your clerk should enter a 30-day order of dismissal.

[ X ]    There was progress.  A further conference has been scheduled for __April 27, 2006 at 10:00 AM__, unless the case is reported settled prior to that date.

[    ]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case should be restored to your trial list.

[    ]    Suggested strategy to facilitate settlement:

_____
_____

                               / s / Judith Gail Dein
                               Judith Gail Dein, U.S. Magistrate Judge
DATED:  March 30, 2006         ADR Provider