UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| HUB FOLDING BOX CO., INC., | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| v. | ) | NO. 05-11002-PBS |
| | ) | |
| CHARLES JACQUIN ET CIE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**FURTHER REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE SARIS

[ ]  The above-entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[ X ]  On   March 22, 2006 and April 27, 2006  , I held the following ADR proceeding:

|   | SCREENING CONFERENCE |   | EARLY NEUTRAL EVALUATION |
|---|---|---|---|
| X | MEDIATION |   | SUMMARY BENCH/JURY TRIAL |
|   | MINI-TRIAL |   | SETTLEMENT CONFERENCE |

All parties were represented by counsel, and were present in person or by authorized corporate officer.

The case was:

[ X ]  Settled. Your clerk should enter a 60-day order of dismissal.

[ ]  There was progress.

[ ]  Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

[ ]  Suggested strategy to facilitate settlement:

_____
_____

/ s / Judith Gail Dein
Judith Gail Dein, U.S. Magistrate Judge

DATED: April 27, 2006                    ADR Provider